**Order entered April 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00265-CV

### RWI CONSTRUCTION, INC., RWI ACQUISITION, LLC, LONE STAR OPPORTUNITIES FUND V, LP AND RWI CONSTRUCTION HOLDINGS, LLC, Appellants

### V.

### COMERICA BANK, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01217**

## ORDER

The reporter's record in this accelerated appeal is overdue. By postcard dated March 20, 2018, we notified Court Reporter Vielica Dobbins the reporter's record was overdue. We directed Ms. Dobbins to file the reporter's record within ten days. To date, the reporter's record has not been filed.

Accordingly, we **ORDER** Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file, within **TEN DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has

paid for or made arrangements to pay for the record.[1]  *We notify appellant that if we receive verification the reporter's record has not been requested or that it has not been paid for, we may order the appeal submitted without the reporter's record.*  *See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Dale Tillery
Presiding Judge
134th Judicial District Court

Vielica Dobbins
Official Court Reporter
134th Judicial District Court

All parties

/s/     CAROLYN WRIGHT
CHIEF JUSTICE

---

[1] The docketing sheet filed by appellant in this case indicates the reporter's record was requested on February 21, 2018 and that payment arrangements were made.